UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF GEORGIA
AUGUSTA DIVISION

| | |
|---|---|
| AHMED S. ISMAEL, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | Civ. Act. No. |
| ) | |
| AUGUSTA RICHMOND COUNTY ) | |
| COMMISSION, et al., ) | Disclosure Statement |
| ) | S.D. Ga. LR 7.1.1 |
| Defendants. ) | |

DISCLOSURE STATEMENT S.D. Ga. LR 7.1.1

The undersigned, counsel of record for Ahmed S. Ismael certifies that the following is a full and complete list of the parties in this action:

    Ahmed S. Ismael, Plaintiff.
    Augusta Richmond County Commission, Defendant
    Sheriff Richard Roundtree, Defendant
    Capt. Everette Jenkins, Defendant
    Sgt. William McCarty, Defendant
    Col. Calvin Chew, Defendant

The undersigned further certifies that the following is a full and complete list of officers, directors, or trustees of the above-identified parties:

    Hardie Davis, Mayor
    Jordan Johnson, Commissioner
    Dennis Williams, Commissioner
    Catherine Smith McKnight, Commissioner
    Alvin Mason, Commissioner
    Bobby Williams, Commissioner
    John Clarke, Commissioner
    Francine Scott, Commissioner
    Brandon Garrett, Commissioner
    Sean Frantom, Commissioner
    Ben Hassan, Commissioner

The undersigned further certifies that the following is a full and complete list of other persons, firms, partnerships, corporations, or organizations that have a financial interest in, or another interest which could be substantially affected by, the outcome of this case (including a relationship as a parent or holding company or any publicly-held corporation that holds 10% or more of a party's stock):

    John P. Batson, Attorney for Plaintiff
    Douglas R. Kertscher, Attorney for Plaintiff
    John N. Mahaffey, Attorney for Plaintiff.

Respectfully submitted this 12th day of August, 2022.

    By:    /s/ John P. Batson
            John P. Batson
            Georgia Bar No. 042150
            Law Offices of John P. Batson
            1104 Milledge Road
            Augusta, GA 30904
            Tel: (706) 737-4040
            Facsimile:
            Email: jpbatson@aol.com
            Attorneys for Plaintiff

Pro Hac Vice Pending

Douglas R. Kertscher
Georgia State Bar No. 416265

John N. Mahaffey
Georgia State Bar No. 222671

HILL, KERTSCHER &
WHARTON, LLP
3625 Cumberland Boulevard SE, Suite 1050
Atlanta, Georgia 30339
Tel: (770) 953-0995
Facsimile: (770) 953-13581
Email: drk@hkw-law.com
jm@hkw-law.com

Attorneys for Plaintiff