IN THE UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF GEORGIA
AUGUSTA DIVISION

| | |
|---|---|
| AHMED S. ISMAEL,<br><br>    Plaintiff,<br><br>vs.<br><br>SHERIFF RICHARD ROUNDTREE, in his individual and official capacity as Sheriff of Richmond County Sheriff's Office, CAPT. EVERETTE JENKINS, in his individual capacity and acting under color of law as supervisor of the Richmond County Sheriff's Office, SGT. WILLIAM MCCARTY, in his individual capacity acting under color of law as a supervisor of the Richmond County Sheriff's Office, and COL. CALVIN CHEW, in his individual capacity acting under color of law as a supervisor of the Richmond County Sheriff's Office,<br><br>    Defendants. | CASE NO.: 1:22-CV-108 |

## **REVISED SCHEDULING ORDER**

Having considered the Defendants' Motion to Extend Discovery, the Court Grants the Motion (Doc. no. 27). The revised schedule is as follows:

| | |
|---|---|
| Deadline to Produce All Responsive Texts, Emails, and Call Logs | August 9, 2023 |
| Close of Discovery | December 26, 2023 |
| Joint Status Report | December 26, 2023 |
| Last Day for Filing Civil Motions Including Daubert Motions, but Excluding Motions in Limine | January 25, 2024 |

1

All provisions of the prior Scheduling Orders (Doc. nos. 19, 23, 26) not revised herein shall remain in full force and effect.

SO ORDERED this _____ day of July, 2023.

_____
BRIAN K. EPPS
UNITED STATES MAGISTRATE JUDGE
SOUTHERN DISTRICT OF GEORGIA