IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF GEORGIA
AUGUSTA DIVISION

| | | |
|---|---|---|
| AHMED S. ISMAEL | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | CV 122-108 |
| | ) | |
| SHERIFF RICHARD ROUNDTREE, et al. | ) | |
| | ) | |
| Defendant. | ) | |

**JOINT STATUS REPORT**

1. Do the parties agree mediation should be attempted prior to summary judgment motions, and all deadlines stayed for this purpose?
   ☒ YES        ☐ NO

2. If the parties answered yes to question 1, do the parties prefer (a) a private mediator; or (b) a magistrate or bankruptcy judge?
   ☐ Private Mediator        ☒ Magistrate or Bankruptcy Judge

3. If the parties prefer a private mediator, specify a date-certain deadline for mediation to be completed and the stay lifted. From that date, summary judgment motions will be due in thirty days.

   N/A

4. If the parties prefer a magistrate or bankruptcy judge as mediator, list two dates within the next six weeks when all parties and their authorized representatives are available for mediation.

   March 7 or March 12.

   This 9th day of February, 2024.

   /s/    Douglas R. Kertscher

   Plaintiff's Counsel

   /s    /Tameka Haynes

   Defense Counsel