# UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF GEORGIA
### AUGUSTA DIVISION

# CLERK'S MINUTES - GENERAL

CASE NO. **1:22cv108**  DATE **March 7, 2024**

TITLE **Ismael v Roundtree, et a.**  TIMES **6 hours 45 minutes**

Honorable: **Brian K. Epps, United States Magistrate Judge**  Courtroom Deputy: **Courtnay Capps**
Court Reporter: **FTR**

| Plaintiff | Defendant |
|---|---|
| **Ahmed Ismael (by video)** | **Attorney Tameka Haynes (in person)** |
| **Attorney Douglas R. Kertscher (by video)** | **Attorney Randolph Frails (in person)** |

PROCEEDINGS: **Mediation - Augusta, Georgia**  ☐ In Court  ☑ In Chambers

NOTES:

Mediation held. Case not settled.