AO 450 (GAS Rev 09/20) Judgment in a Civil Case

# United States District Court
## Southern District of Georgia

AHMED S. ISMAEL,

    Plaintiff,

JUDGMENT IN A CIVIL CASE

v.

CASE NUMBER: CV 122-108

SHERIFF RICHARD ROUNDTREE, in his individual and official capacity as Sheriff of the Richmond County Sheriff's Office, et al.,

    Defendants.

☐ **Jury Verdict.** This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

☑ **Decision by Court.** This action came before the Court. The issues have been considered and a decision has been rendered.

**IT IS ORDERED AND ADJUDGED**

that, pursuant to the Order dated January 24, 2025, the Plaintiff's Motion for Summary Judgment is denied and Defendants' Motion for Summary Judgment is granted. Therefore, Judgment is hereby entered in favor of Defendants and this case stands closed.



01/24/2025  
Date

John E. Triplett, Clerk of Court  
Clerk

(By) Deputy Clerk

GAS Rev 10/2020